UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>MICHAEL WAYNE JOHNSON ) | Case No. 5:11-cr-00473-VEH-HGD |

## MAGISTRATE JUDGE'S FINDING OF COMPETENCY

Upon the motion of defense counsel, this court ordered defendant Johnson be committed to the custody of the Attorney General for hospitalization for psychiatric or psychological examination to determine whether he is presently suffering from a mental disease or defect rendering him incompetent to understand the proceedings against him or properly assist in his own defense and whether he was mentally competent at the time of the alleged offense. (Doc. 10). Warden Francisco J. Quintana of the Federal Medical Center at Lexington, Kentucky, has submitted a written forensic evaluation report to the court and counsel for the parties. (Doc. 13).

In accordance with the provisions of 18 U.S.C. § 4247(d) and at the direction of United States District Judge Virginia Emerson Hopkins, a competency hearing was held before the undersigned magistrate judge on August 22, 2012. At the evidentiary proceeding, Mr. Johnson appeared together with his court-appointed counsel, Mr.

Jake Watson.  Defendant Johnson and the United States stipulated to the introduction of the forensic evaluation report.  Each side waived the opportunity for additional evidence and objection to any aspect of the report.

After consideration of the uncontradicted report prepared by the forensic staff at the Federal Medical Center at Lexington, Kentucky, the undersigned magistrate finds that in accordance with the provisions of 18 U.S.C. §§ 4241 and 4242, defendant Johnson is competent to stand trial, he does not suffer from a mental disease or defect which would rise to the level of a § 4242 defense, and he was competent at the time of the alleged actions forming the basis for the indictment against him.

DONE this 24th day of August, 2012.

HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE